STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF KENT

DANIEL EMPSON,

    Plaintiff,

v.

JOSHUA JAMES KUIPER,

    Defendant.

Case No. 17 - 00203 - NI

Hon. PAUL J. SULLIVAN
(P-24139)

---

BRIAN A. MOLDE (P63790)
VEN R. JOHNSON (P39219)
JOHNSON LAW, PLC
Attorneys for Plaintiffs
99 Monroe Avenue, N.W., Suite 975
Grand Rapids, MI 49503
616-235-9400

---

### EX PARTE ORDER TO PRESERVE EVIDENCE

At a session of said Court held in the county courthouse, City of Kent, County of Kent, State of Michigan, this 9th day of Jan., 2017

Upon reading and filing the foregoing Petition, the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED**, that whomever is in possession and/or control of the evidence described below relating to a November 19, 2016 automobile collision shall not move or alter these vehicles or recordings or any of their pieces, parts and components without further order of the Court:

1.	2014 Toyota Tacoma pickup truck, license plate BMC8215, VIN: 3TMMU4FN6EM064497; and

2.	2005 Chrysler PT Cruiser, license plate CHW4660, VIN: 3C8FY58B65T639403

3.	Police dashboard video and audio recording of any and all officers who responded to the scene of the accident described above;

4.	Police body camera video and audio recording of any and all officers who responded to the scene of the accident described above;

The items and vehicles described above are critical pieces of evidence involved in the November 19, 2016 accident on Union Ave near its intersection with Avalon Terrace in Grand Rapids, Michigan and therefore must be preserved consistent with this Order of the Court.

IT IS SO ORDERED.

PAUL J. SULLIVAN
_____
Circuit Court Judge