UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:17-cv-113 | 7/7/2017 | 2:44 p.m. - 3:11 p.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff: | Defendants: |
|---|---|
| City of Grand Rapids | Grand Rapids Police Command Officers Association, et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Scott E. Dwyer | Plaintiff and Third-Party Defendants David Rahinski, Daniel Savage, and David Kiddle |
| Timothy J. Dlugos | Defendant Grand Rapids Police Command Officers Association |
| Andrew John Rodenhouse and Charles C. Newberg | Defendant Matthew Janiskee |
| Amber Diane Beebe | Defendant Jeffrey Getting |
| Mark E. Donnelly | Defendant Kristie Kibbey Etue |
| Andrew James Brege | Third-Party Defendants Peter McWaters and David Schnurstein |

**PROCEEDINGS**

**NATURE OF HEARING:** Date and time scheduled for Rule 16 scheduling conference, scheduling conference not held; Case conference held instead; further conference to be held upon resolution of motions

Court Reporter: Kathleen Thomas                              Case Manager: Amy Redmond