UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**CITY OF GRAND RAPIDS**,
    Plaintiff/Counter-Defendant,

vs.

**GRAND RAPIDS POLICE COMMAND OFFICERS ASSOCIATION, MATTHEW JANISKEE, KRISTE KIBBEY ETUE-MICHIGAN STATE POLICE**, and **JEFFREY GETTING-KALAMAZOO COUNTY PROSECUTOR**
    Defendants.

and

**MATTHEW JANISKEE,** and all those similarly situated,
    Counter-Plaintiff/Cross-Plaintiff/Third-Party Plaintiff,

vs.

**CITY OF GRAND RAPIDS,**
    Counter-Defendant,

**KRISTE KIBBEY ETUE-MICHIGAN STATE POLICE** and **JEFFREY GETTING-KALAMAZOO COUNTY PROSECUTOR,**
    Cross-Defendants,

**DAVID RAHINSKI, DANIEL SAVAGE, DAVID KIDDLE, PETER McWATERS,** and **DAVID SCHNURSTEIN,**
    Third-Party Defendants.

Case No.  1:17-cv-00113

Hon. Paul L. Maloney

**MATTHEW JANISKEE'S MOTION TO ALLOW TIME FOR DISCOVERY UNDER RULE 56(d)**

**ORAL ARGUMENT REQUESTED**

---

## MATTHEW JANISKEE'S MOTION TO ALLOW TIME FOR DISCOVERY UNDER RULE 56(d)

Defendant/Counter-Plaintiff/Cross-Plaintiff/Third-Party Plaintiff, Matthew Janiskee ("Lieutenant Janiskee") respectfully moves the Court under Federal Rule of Civil Procedure 56(d) to allow time for discovery. As fully explained in the Lieutenant Janiskee's Brief in Support of this Motion and the attached Rule 56(d) declaration, the City filed a Motion for Summary Judgment (ECF No. 73) (the City's "Motion") prior to discovery. Without discovery, Lieutenant Janiskee cannot gather and present facts essential to support his opposition to the City's Motion.

THEREFORE, Lieutenant Janiskee respectfully requests this Court grant Matthew Janiskee's Motion to Allow Time for Discovery Under Rule 56(d) and either (1) deny the City's Motion as premature to allow for adequate discovery, or (2) defer consideration of the City's Motion until after adequate discovery can be conducted.

Respectfully submitted,

RODENHOUSE KUIPERS, P.C.

Date: July 13, 2017

/s/ C. Christopher Newberg
**C. Christopher Newberg (P79025)**
**Andrew J. Rodenhouse (P73342)**
Attorneys for Mathew Janiskee
678 Front Ave., NW, Suite 176
Grand Rapids, MI 49504
PH: (616) 451-4000
Fax:(616) 451-4114
Email: Andrew@rodenhouselaw.com
Email: Chris@rodenhouselaw.com