# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**CITY OF GRAND RAPIDS**,
    Plaintiff/Counter-Defendant,

vs.

**GRAND RAPIDS POLICE COMMAND OFFICERS ASSOCIATION, MATTHEW JANISKEE, KRISTE KIBBEY ETUE-MICHIGAN STATE POLICE**, and **JEFFREY GETTING-KALAMAZOO COUNTY PROSECUTOR**
    Defendants.

and

**MATTHEW JANISKEE,** and all those similarly situated,
    Counter-Plaintiff/Cross-Plaintiff/Third-Party Plaintiff,

vs.

**CITY OF GRAND RAPIDS,**
    Counter-Defendant,

**KRISTE KIBBEY ETUE-MICHIGAN STATE POLICE** and **JEFFREY GETTING-KALAMAZOO COUNTY PROSECUTOR,**
    Cross-Defendants,

**DAVID RAHINSKI, DANIEL SAVAGE, DAVID KIDDLE, PETER McWATERS,** and **DAVID SCHNURSTEIN,**
    Third-Party Defendants.

Case No. 1:17-cv-00113

Hon. Paul L. Maloney

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

## CERTIFICATE REGARDING MOTION CONCURRENCE

Pursuant to Local Rule 7.1(d), the undersigned counsel for Defendant/Counter-Plaintiff/Cross-Plaintiff/Third-Party Plaintiff Matthew Janiskee contacted counsel for the City of Grand Rapids, the Grand Rapids Police Command Officers Association, Kristie Kibbe Eute, Jeffrey Getting, David Rahinski, Daniel Savage, David Kiddle, Peter McWatters, and David Schnurstein to seek concurrence regarding the relief sought in Matthew Janiskee's Motion to Allow Time for Discovery Under Rule 56(d).

Counsel for Grand Rapids Police Command Officers Association indicated concurrence with the relief sought in Matthew Janiskee's Motion. Counsel for the City of Grand Rapids, Jeffrey Getting, David Rahinski, Daniel Savage, and David Kiddle indicated that they did not concur with the relief sought in Matthew Janiskee's Motion.

As of the date and time of filing this Motion, Kristie Kibbe Etue, Peter McWatters, and David Schnurstein have not yet indicated whether they concur. It is believed that these parties are likely to not concur with the relief sought in Matthew Janiskee's Motion.

    Respectfully submitted,

    RODENHOUSE KUIPERS, P.C.

Date: July 13, 2017

/s/ C. Christopher Newberg
**C. Christopher Newberg (P79025)**
**Andrew J. Rodenhouse (P73342)**
Attorneys for Mathew Janiskee
678 Front Ave., NW, Suite 176
Grand Rapids, MI 49504
PH: (616) 451-4000
Fax:(616) 451-4114
Email: Andrew@rodenhouselaw.com
Email: Chris@rodenhouselaw.com