UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**CITY OF GRAND RAPIDS**,
    Plaintiff/Counter-Defendant,

vs.

**GRAND RAPIDS POLICE COMMAND OFFICERS ASSOCIATION, MATTHEW JANISKEE, MICHIGAN STATE POLICE**, and **JEFFREY GETTING, KALAMAZOO COUNTY PROSECUTOR**
    Defendants.

and

**MATTHEW JANISKEE,** and all those Similarly situated,
    Counter-Plaintiff/Cross-Plaintiff/Third-Party Plaintiff,

vs.

**CITY OF GRAND RAPIDS,**
    Counter-Defendant,

**MICHIGAN STATE POLICE** and **JEFFREY GETTING-KALAMAZOO COUNTY PROSECUTOR,**
    Cross-Defendants,

**DAVID RAHINSKI, DANIEL SAVAGE, DAVID KIDDLE, PETER MCWATERS,** and **DAVID SCHNURSTEIN,**
    Third-Party Defendants.

Case No.  1:17-cv-00113

Hon. Paul L. Maloney

**NOTICE**

---

    Per the Court's request at a case status conference held July 7, 2017, The Kalamazoo County Prosecutor's Office and Jeff Getting, in his official capacity, by its attorneys, Kalamazoo County Corporation Counsel, files this NOTICE to apprise the parties of the status of the criminal

case involving Joshua Kuiper currently pending in the Kalamazoo County Circuit Court, (Docket No. 2017-2059), and states as follows:

The criminal matter filed under Docket No. 2017-2059 FH has been stayed pending an interlocutory appeal filed by the defendant, Joshua Kuiper, challenging the bind over to circuit court—arguing that the victim's injury does not qualify as a "serious impairment of a bodily function" and/or "loss of use of a limb" under MCL 257.58c. The Prosecutor's Office filed a responsive brief in opposition in the Court of Appeals on July 12, 2017. No scheduling order has been issued as of today's date.

Respectfully submitted,

**KALAMAZOO COUNTY GOVERNMENT**

By:

/s/**Amber D. Beebe**
Amber D. Beebe (P66466)
Attorney for Kalamazoo County Prosecutor's Office
& Jeff Getting