UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CITY OF GRAND RAPIDS**,

    Plaintiff/Counter-Defendant,

vs.

**GRAND RAPIDS POLICE COMMAND OFFICERS ASSOCIATION, MATTHEW JANISKEE, KRISTE KIBBEY ETUE-MICHIGAN STATE POLICE AND JEFFREY GETTING-KALAMAZOO COUNTY PROSECUTOR**,

    Defendants,

and

**MATTHEW JANISKEE**,

    Counter-Plaintiff/Cross-Plaintiff/
    Third-Party Plaintiff,

vs.

**CITY OF GRAND RAPIDS**,

    Counter-Defendant,

**JEFFREY GETTING-KALAMAZOO COUNTY PROSECUTOR**,

    Cross-Defendant,

**DAVID RAHINSKY, DANIEL SAVAGE, DAVID KIDDLE, PETER McWATTERS, and DAVID SCHNURSTEIN**,

    Third-Party Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:17-cv-00113-PLM-RSK

MAG. RAY KENT

**NOTICE OF SUPPLEMENTAL AUTHORITY BY CITY OF GRAND RAPIDS, DAVID RAHINSKY, DANIEL SAVAGE AND DAVID KIDDLE**

| | |
|---|---|
| John H. Gretzinger (P28979)<br>Scott E. Dwyer (P33131)<br>Kurt M. Graham (P57910)<br>Mika Meyers, PLC<br>Attorneys for City of Grand Rapids, David Rahinsky, Daniel Savage and David Kiddle<br>900 Monroe Ave NW<br>Grand Rapids, Michigan 49503<br>(616) 632-8027 | Andrew J. Rodenhouse (P73342)<br>Charles C. Newberg (P79025)<br>Rodenhouse Kuipers PC<br>Attorneys for Defendant Matthew Janiskee<br>678 Front Ave., NW, Suite 176<br>Grand Rapids, MI 49504-5300<br>(616) 451-4000 |
| Andrew J. Brege (P71474)<br>Johnson, Rosati, Schultz, Joppich PC<br>Attorneys for Peter McWatters and David Schnurstein<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800 | Timothy J. Dlugos (P57179)<br>White Schneider PC<br>Attorneys for GRPCOA<br>2300 Jolly Road<br>Okemos, MI 48864<br>(517) 349-7744 |
| Mark E. Donnelly (P39281)<br>Attorney for Kriste Kibbey Etue<br>Michigan Department of Attorney General<br>525 W. Ottawa St., Floor 5<br>P.O. Box 30736<br>Lansing, MI 48909-8236<br>(517) 373-6434 | Amber D. Beebe (P66466)<br>Attorney for Jeffrey Getting<br>Kalamazoo County Office<br>of Corporate Counsel<br>Kalamazoo County Government<br>201 W. Kalamazoo Avenue<br>Kalamazoo, MI 49007<br>(269) 384-8111 |

_____/

The City of Grand Rapids, David Rahinsky, Daniel Savage and David Kiddle hereby notify the Court that the case of the *City of South Bend v. South Bend Common Council*, Case No. 3:12-CV-475 JVB at 6 (ND Ind 2015) cited in the above parties' in their Brief in Support of their Motion for Summary Judgment was vacated as resolved on August 1, 2017 by the Seventh Circuit, *City of South Bend v. South Bend Common Council*, No. 15-3315 2017 WL 3262249 (7th Cir., August 1, 2017. In vacating of the District Court's decision in the Seventh Circuit did not reject the legal analysis of the District Court's holding that mistaken recordings do not constitute an intentional interception as required under the Federal Wire Tapping Statute and, thus, does not change the outcome of the above parties' position on their Motion for Summary Judgment.

{02218164 1 }

                    Respectfully submitted,

                    MIKA MEYERS PLC
                    Attorneys for City of Grand Rapids, David Rahinsky,
                    Daniel Savage and David Kiddle

Dated: August 8, 2017         By: /s/ Scott E. Dwyer
                                       John H. Gretzinger (P28979)
                                       Scott E. Dwyer (P33131)
                                       Kurt M. Graham (P57190)
                              Business address:
                                       900 Monroe Ave., N.W.
                                       Grand Rapids, MI 49503
                                       (616) 632-8000

{02218164 1}