UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF GRAND RAPIDS,          )<br>           Plaintiff,          )<br>          )<br>-v-          )<br>          )<br>GRAND RAPIDS POLICE COMMAND OFFICERS          )<br>ASSOCIATION, et al.,          )<br>           Defendants,          )<br>          )<br>and          )<br>          )<br>MATTHEW JANISKEE,          )<br>           Counter-Plaintiff/          )<br>           Third-Party Plaintiff/          )<br>-v-           Cross-Plaintiff,          )<br>          )<br>CITY OF GRAND RAPIDS,          )<br>           Counter-Defendant,          )<br>          )<br>KRISTIE KIBBEY ETUE and JEFFREY GETTING,          )<br>           Cross-Defendants,          )<br>          )<br>DAVID RAHINSKI, et al.,          )<br>           Third-Party Defendants.          )<br>          ) | No. 1:17-cv-113<br><br>Honorable Paul L. Maloney |

## ORDER

The Court held oral argument on two motions. For the reasons stated on the record, the motion for summary judgment (ECF No. 72) filed by the City of Grand Rapids and Third Party Defendants is **TAKEN UNDER ADVISEMENT.** The Rule 56(d) motion for discovery (ECF No. 83) filed by Mathew Janiskee is **GRANTED. IT IS SO ORDERED.**

Date: August 18, 2017                                       /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge