UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CITY OF GRAND RAPIDS,
    Plaintiff/Counter-Defendant,        Case No. 1:17-cv-00113-PLM-RSK

vs.

GRAND RAPIDS POLICE COMMAND        Hon. Paul L. Maloney
OFFICERS ASSOCIATION,
MATTHEW JANISKEE, MICHIGAN STATE
POLICE, and JEFFREY GETTING –
KALAMAZOO COUNTY PROSECUTOR,
    Defendants.
-and-

MATTHEW JANISKEE,
    Counter-Plaintiff/Cross-Plaintiff/
    Third-Party Plaintiff.

vs.

CITY OF GRAND RAPIDS,
    Counter-Defendant,

MICHIGAN STATE POLICE and JEFFREY GETTING-
KALAMAZOO COUNTY PROSECUTOR,
    Cross-Defendants,

DAVID RAHINSKI, DANIEL SAVAGE,
DAVID KIDDLE, PETER McWATTERS,
and DAVID SCHNURSTEIN,
    Third-Party Defendants.
_____

| | |
|---|---|
| John H. Gretzinger (P28979) | Andrew J. Rodenhouse (P73342) |
| Scott E. Dwyer (P33131) | Charles C. Newberg (P79025) |
| Kurt M. Graham (57190) | RODENHOUSE KUIPERS PC |
| MIKA MEYERS, PLC | Attorneys for Janiskee |
| Attorneys for City | 678 Front Avenue, N.W., Suite 176 |
| 900 Monroe Avenue, N.W. | Grand Rapids, MI 49504-5300 |
| Grand Rapids, MI 49503 | (616) 451-4000 |
| (616) 632-8027 | |

| | |
|---|---|
| Timothy J. Dlugos (P57179)<br>WHITE SCHNEIDER PC<br>Attorneys for GRPCOA<br>1223 Turner Street, Suite 200<br>Lansing, MI  48906<br>(517) 349-7744 | Mark E. Donnelly (P39281)<br>DEPT OF ATTORNEY GENERAL<br>Attorneys for MSP<br>525 West Ottawa Street, Floor 5<br>P.O. Box 30736<br>Lansing, MI  48909-8236<br>(517) 373-6464 |
| Amber D. Beebe (P66466)<br>BEEBE LAW GROUP PLLC<br>Attorneys for Getting<br>P.O. Box 1984<br>Portage, MI  49081<br>(269) 350-2081 | Andrew J. Brege (P71474)<br>JOHNSON ROSATI SCHULTZ<br>  & JOPPICH PC<br>Attorneys for McWatters & Schnurstein<br>822 Centennial Way, Suite 270<br>Lansing, MI  48917-8271<br>(517) 886-3800 |

___

## **PROOF OF SERVICE**

I hereby certify that on September 15, 2017, I served Defendant GRPCOA's First Set of Interrogatories directed to Plaintiff/Counter-Defendant, City of Grand Rapids to the following at their addresses listed above, via United States Mail, with first class postage fully prepaid:

| | |
|---|---|
| John H. Gretzinger<br>Scott E. Dwyer<br>Kurt M. Graham<br>Attorneys for Plaintiff | Andrew J. Rodenhouse<br>Charles C. Newberg<br>Attorneys for Janiskee |
| Mark E. Donnelly<br>Dept of Attorney General<br>Attorneys for MSP | Amber D. Beede<br>Attorney for Getting |
| | Andrew J. Brege<br>Attorney for McWatters & Schnurstein |

                              s/  Kimberly Fox_____ _____
                              White Schneider PC


Dated: September 15, 2017