UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  City of Grand Rapids v. Grand Rapids Police Command Officers Assoc, et al

**Case Number:**  1:17-cv-113

**Date:**  April 15, 2019

**Time:**  8:57 a.m. – 10:28 a.m.
10:52 a.m. – 12:11 p.m.
2:14 p.m. – 3:15 p.m.

**Place:**  Kalamazoo

**Judge:**  Paul L. Maloney

**APPEARANCES**

 Plaintiff/Counter-Defendant:  Scott E. Dwyer and Benjamin C. Dilley

 Defendant Grand Rapids Police Command Officers Association:  Andrew J. Gordon
 Defendant/Counter-Claimant Matthew Janiskee:  Andrew J. Rodenhouse and Charles C. Newberg

**PROCEEDINGS**

Nature of Hearing:  Bench Trial – Day 1: opening statements by all parties; Plaintiff's presentation of evidence

**WITNESSES:**
Daniel Savage, David Schnurstein, David Kiddle, Patrick Merrill, Peter McWaters, Paul Klimas

**EXHIBITS:**

| Description | Admitted |
|---|---|
| Joint Exhibits:  1 through 49 | Yes by stipulation |
| De Bene Esse Depositions | Yes by stipulation |
| Plaintiff/Counter-Defendant's Exhibits: 1, 5 (Bates Stamped GR 292, 296), 6, 7 (Bates Stamped GR 325-329), 8 | Yes |
| Defendant GRPCOA's Exhibits:  (none) | |
| Defendant/Counter-Claimant Janiskee's Exhibits: A, B | Yes |

Court Reporter: Kathleen Thomas            Case Manager: Amy Redmond