UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** City of Grand Rapids v. Grand Rapids Police Command Officers Assoc, et al

**Case Number:** 1:17-cv-113

**Date:** April 16, 2019

**Time:** 9:08 a.m. – 9:56 a.m.
10:21 a.m. – 11:55 a.m.
1:23 p.m. – 2:25 p.m.

**Place:** Kalamazoo

**Judge:** Paul L. Maloney

**APPEARANCES**

    Plaintiff/Counter-Defendant: Scott E. Dwyer and Benjamin C. Dilley

    Defendant Grand Rapids Police Command Officers Association: Andrew J. Gordon
    Defendant/Counter-Claimant Matthew Janiskee: Andrew J. Rodenhouse and Charles C. Newberg

**PROCEEDINGS**

Nature of Hearing: Bench Trial – Day 2: continuation of Plaintiff's presentation of evidence

**WITNESSES:**
Martin Clason, Scott Cox

**EXHIBITS:**

| Description | Admitted |
|---|---|
| Joint Exhibits: 50, 51, 52 | Yes by stipulation |
| Plaintiff/Counter-Defendant's Exhibits: 7(Bates Stamped GR 335, 347-349) | Yes |
| Defendant GRPCOA's Exhibits: (none) | |
| Defendant/Counter-Claimant Janiskee's Exhibits: C | Yes |

Court Reporter: Kathleen Thomas      Case Manager: Amy Redmond