UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** City of Grand Rapids v. Grand Rapids Police Command Officers Assoc, et al

**Case Number:** 1:17-cv-113

**Date:** April 17, 2019

**Time:** 9:02 a.m. – 10:36 a.m.
11:00 a.m. – 12:05 p.m.
1:54 p.m. – 3:03 p.m.

**Place:** Kalamazoo

**Judge:** Paul L. Maloney

**APPEARANCES**

Plaintiff/Counter-Defendant: Scott E. Dwyer and Benjamin C. Dilley

Defendant Grand Rapids Police Command Officers Association: Andrew J. Gordon
Defendant/Counter-Claimant Matthew Janiskee: Andrew J. Rodenhouse and Charles C. Newberg

**PROCEEDINGS**

Nature of Hearing: Bench Trial – Day 3: continuation of Plaintiff's presentation of evidence; Plaintiff rests; Defendant/Counter-Claimant Janiskee's presentation of evidence; Defendant/Counter-Claimant Janiskee rests; Defendant GR Police Command Officers Association rests; closing arguments by all parties; case taken under advisement, opinion and order to issue

**WITNESSES:**
Timothy Becker, Matthew Janiskee, Michael Maycroft

**EXHIBITS:**

| Description | Admitted |
| --- | --- |
| Plaintiff/Counter-Defendant's Exhibits: (none) | |
| Defendant GRPCOA's Exhibits: D | Yes |
| Defendant/Counter-Claimant Janiskee's Exhibits: (none) | |

Court Reporter: Kathleen Thomas            Case Manager: Amy Redmond