UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAND RAPIDS, CITY OF,

       Plaintiff,                     Case No. 1:17–cv–113

v.                                Hon. Paul L. Maloney

GRAND RAPIDS POLICE COMMAND
OFFICERS ASSOCIATION, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    In–Court Hearing
Date/Time:             May 24, 2019   01:30 PM
District Judge:        Paul L. Maloney
Place/Location:      174 Federal Building, Kalamazoo, MI

                                        PAUL L. MALONEY
                                        United States District Judge

Dated:  May 15, 2019        By:     /s/ Amy C. Redmond
                                             Case Manager