UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE CITY OF GRAND RAPIDS,<br>　　　　　　　Plaintiff,<br><br>-v-<br><br>GRAND RAPIDS POLICE COMMAND<br>OFFICERS ASSOCIATION, et al.,<br>　　　　　　　Defendants. | No. 1:17-cv-113<br><br>Honorable Paul L. Maloney |

## ORDER

　　　This Court held a bench trial on the remaining claims between the parties. Having heard the proofs and considered the arguments, the Court declares that the City of Grand Rapids did not intentionally intercept the disputed telephone conversations on Line 3407 and did not intentionally record those disputed telephone conversations. Because the City did not intentionally or willfully intercept or record the conversations, the City's subsequent disclosure, distribution or use of the conversations and their content did not violate federal or state law. For these reasons and the reasons provided by the Court on Friday, May 24, 2019, the Court finds in favor of the City of Grand Rapids and against Defendants on the claims in the amended complaint and on Defendant Matthew Janiskee's counter-claims.

**IT IS SO ORDERED.**

Date: May 28, 2019　　　　　　　　　　　　　　　／s／ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge