UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE CITY OF GRAND RAPIDS,  )<br>     Plaintiff,  )<br>          )<br>-v-         )<br>          )<br>GRAND RAPIDS POLICE COMMAND  )<br>OFFICERS ASSOCIATION, et al.,  )<br>     Defendants.  )<br>          ) | No. 1:17-cv-113<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 28, 2019          /s/ Paul L. Maloney
                   Paul L. Maloney
                   United States District Judge