UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF GRAND RAPIDS,

    Plaintiff,

v.

    Case No. 1:17-cv-113

    HONORABLE PAUL L. MALONEY

GRAND RAPIDS POLICE COMMAND
OFFICERS ASSOCIATION, et al.,

    Defendants.

_____/

### ORDER REGARDING PREPARATION OF STATUS REPORT

On today's date, the Mandate of the Sixth Circuit Court of Appeals issued (ECF No. 187).

The parties are directed to file a **joint** status report regarding the next stages of this litigation by **July 24, 2020**.

    **IT IS SO ORDERED**.

Dated: July 2, 2020                    /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge