UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**CITY OF GRAND RAPIDS**,

    Plaintiff/Counter-Defendant,

vs.

**MATTHEW JANISKEE,**

    Defendant/Counter-Plaintiff

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:17-cv-00113-PLM-RSK

MAG. RAY KENT

| | |
|---|---|
| John H. Gretzinger (P28979)<br>Scott E. Dwyer (P33131)<br>Benjamin C. Dilley (P80320)<br>Mika Meyers, PLC<br>Attorneys for City of Grand Rapids<br>900 Monroe Ave NW<br>Grand Rapids, Michigan 49503<br>(616) 632-8027 | Andrew J. Rodenhouse (P73342)<br>Charles C. Newberg (P79025)<br>Rodenhouse Kuipers PC<br>Attorneys for Defendant Matthew Janiskee<br>678 Front Ave., NW, Suite 176<br>Grand Rapids, MI 49504-5300<br>(616) 451-4000 |

_____/

**STIPULATION EXTENDING DEADLINE FOR CITY
TO FILE MOTION FOR SUMMARY JUDGMENT**

    This stipulation is being filed by Plaintiff/Counter-Defendant City of Grand Rapids ("City") and Defendant/Counter-Plaintiff Matthew Janiskee ("Janiskee") to extend the City's deadline to file its Motion for Summary Judgment regarding Janiskee's Invasion of Privacy claim from September 29, 2020 (Amended Case Management Order, ECF No. 190, Page.ID 2998), to October 29, 2020.

This stipulation is being filed because of Attorney Scott E. Dwyer's unexpected knee surgery for a ruptured quadricep tendon that took place September 10, 2020, which has and will continue to keep him out of the office for the next several weeks. The parties have agreed to extend the deadline to accommodate this unexpected surgery.

Date:  September 18, 2020     */s/ Benjamin C. Dilley*
                              Benjamin C. Dilley (P80320)
                              Counsel for Plaintiff, City of Grand Rapids

Date:  September 18, 2020     */s/ Charles C. Newberg (with permission)*
                              Charles C. Newberg (P79025)
                              Counsel for Defendant, Matthew Janiskee

## ORDER

**IT IS SO ORDERED.**

Date:  September 21, 2020     /s/  Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge

02815444 1