UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF GRAND RAPIDS, )
    Plaintiff/Counter-Defendant, )
) No. 1:17-cv-113
-v- )
) Honorable Paul L. Maloney
MATTHEW JANISKEE, )
    Defendant/Counter-Plaintiff. )
)

## JUDGMENT

Having granted the City's motion for summary judgment, all pending claims have been resolved.  As required by Rule 58, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 26, 2022                      /s/  Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge